UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

FILED
VANESSA L. ARMSTRONG
AUG 17 2016
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

vs.

CRIMINAL ACTION NO. 3:16-cr-98-DJH

**PABEL ANGUELA-VAZQUEZ**   DEFENDANTS
**ANDRES TOMAS ALVAREZ HERNANDEZ**

## MOTION TO SEAL INDICTMENT

Comes the United States of America, by counsel, Joshua D. Judd, Assistant United States Attorney for the Western District of Kentucky, and moves the Court pursuant to Rule 6(e), Federal Rules of Criminal Procedure, to order and direct that the indictment returned by the Federal Grand Jury this 17th day of August, 2016, charging the above-named defendants with violation of Title 18, United States Code, Sections 2, 1028A(a)(1), and 1343, be kept secret until the first defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, and to further order that until the first defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, that no person disclose the return of the indictment, or any warrant or order issued pursuant thereto except as necessary for the issuance and execution of warrant for the arrest of the defendants.

Respectfully submitted,

JOHN E. KUHN, JR.
United States Attorney

_____
Joshua D. Judd
Assistant U.S. Attorney