UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA     PLAINTIFF

vs.     CRIMINAL ACTION NO. 3:16-CR-98-DJH

**PABEL ANGUELA-VAZQUEZ**     DEFENDANTS
**ANDRES TOMAS ALVAREZ HERNANDEZ**

### ORDER

The indictment returned by the Federal Grand Jury charging the above-named defendant with violation of Title 18, United States Code, Sections 2, 1028A(a)(1), and 1343, is hereby ORDERED to be kept secret until the first defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, and no person shall disclose the return of this indictment or any warrant or order issued pursuant thereto, except as necessary for the issuance and execution of warrants for the arrest of the defendants.

This 17th day of August, 2016.

_____
Honorable
United States Magistrate Judge

**ENTERED**

AUG 17 2016

VANESSA L. ARMSTRONG
BY _____ DEPUTY CLERK