

# Case Assignment
## Standard Criminal Assignment

Case number **3:16CR-98-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Designated Magistrate Judge : Magistrate Judge Dave Whalin
Magistrate Judge Code : 44AP

Assigned on 8/17/2016 3:18:56 PM
Transaction ID: 4807

Return