AO 458 (Rev. 06/09) Appearance of Counsel

**FILED**
VANESSA L. ARMSTRONG, CLERK

OCT 13 2016

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:16-CR-98-DJH |
| Andres Tomas Alvarez Hernandez | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Andres Tomas Alvarez Hernandez.

Date: 10/13/2016

*Attorney's signature*

Patrick J. Renn  85577
*Printed name and bar number*

600 West Main St. Ste.100
Louisville KY 40202
*Address*

prenn@600westmain.com
*E-mail address*

502 540 5700
*Telephone number*

502 568 3600
*FAX number*