

FILED
VANESSA L. ARMSTRONG, CLERK
OCT 13 2016
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

United States of America v. Andres Tomas Alvarez Hernandez

Case Number: 3:16-cr-98-DJH

### OATH FOR INTERPRETER

I SOLEMNLY SWEAR THAT I WILL JUSTLY, TRULY, FAIRLY AND IMPARTIALLY ACT AS AN INTERPRETER IN THE CASE NOW BEFORE THE COURT. SO HELP ME GOD.

_Jouhanna Vasquez_
Print Name

_____
Sign Name

_Spanish_
Language

SUBSCRIBED AND SWORN TO BEFORE ME THIS 13th DAY OF OCTOBER, 2016, AT LOUISVILLE, KENTUCKY.

_A. Henry_
DEPUTY CLERK