## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Criminal Case No. 3:16-CR-98-DJH** |
| ) | Electronically Filed |
| **PABEL ANGUELA-VAZQUEZ** ) | |
| **ANDRES TOMAS ALVAREZ HERNANDEZ** ) | |
| ) | |

### UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States of America, by counsel, moves the Court, pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, for entry of a Protective Order governing the use and disclosure of certain information included in the discovery materials provided by the government to counsel for the defendants, Pabel Anguela-Vazquez and Andres Tomas Alvarez Hernandez. The purpose of this Motion is to facilitate the expeditious exchange of discovery between the parties and to protect personal information.

Defendants, Pabel Anguela-Vazquez and Andres Tomas Alvarez Hernandez, are charged in a thirty-four (34) count indictment. Discoverable documents and records contain financial account numbers and other personal or business information of persons or entities.

Fed. R. Crim. P. 16(d)(1) authorizes the court to regulate discovery. In part, the Rule reads, "[a]t any time the court may, for good cause, deny, restrict, or defer discovery or inspection, or grant other appropriate relief." This Motion does not request that this Court deny or defer discovery. Rather, this Motion requests that the use and dissemination of certain documents, records, and information be restricted.

There are voluminous documents and records with financial account numbers and personal and business information of persons or entities that will be provided in the government's Rule 16 discovery. These documents would require substantial redactions before they could be made available to defense counsel without a protective order. For that reason, the United States respectfully requests the Court enter the tendered Protective Order restricting the use and dissemination of personal information included in the discovery materials to those persons who are within the identifiable defense and prosecution groups, court personnel, and only for the use in this case.

The undersigned Assistant United States Attorney spoke with William Butler, Jr., attorney for Pabel Anguela-Vazquez, and Patrick Renn, attorney for Andres Tomas Alvarez Hernandez, who both indicated they do not object to this motion.

Respectfully submitted,

JOHN E. KUHN, JR.
United States Attorney

*s/ Joshua D. Judd*
Joshua D. Judd
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-5911 (Tel.)
(502) 582-5912 (Fax)

CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2016, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: William Butler, Jr., attorney for Pabel Anguela-Vazquez, and Patrick Renn, attorney for Andres Tomas Alvarez Hernandez.

        *s/ Joshua D. Judd*
        Joshua D. Judd
        Assistant United States Attorney