# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.                                                                      ) <br> ) <br> PABEL ANGUELA-VAZQUEZ                    ) <br> ANDRES TOMAS ALVAREZ HERNANDEZ   ) <br> ) | Criminal Case No. 3:16-CR-98-DJH <br> Electronically Filed |

## PROTECTIVE ORDER

Having considered the United States' Motion for a Protective Order and being otherwise sufficiently advised,

**IT IS ORDERED** that with regard to all documents, records and information exchanged between the parties for purposes of discovery in this case which contain financial account numbers; social security or taxpayer identification numbers; date of birth; health and medical information of persons or entities; and home addresses, the respective parties shall:

1. Keep all documents and records that disclose such information in a secure place to which no person who does not have reason to know their contents has access; and,

2. Disclose such documents, records, or information only to persons identified below who, by reason of their participation in this proceeding, have reason to know such information:

    a. All employees of the United States connected with the case, including employees of the Department of Justice, and federal law enforcement agencies involved in the case, and any person hired by the United States to provide assistance in the proceeding;

    b. Employees of the court; and,

    c. The defendants and employees of the defendants, including the attorneys for the defendants and persons hired by the defendants or their attorneys to assist on this case.