UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v. Criminal Action No. 3:16-cr-98-DJH

PABEL ANGUELA-VAZQUEZ and
ANDRES TOMAS ALVAREZ
HERNANDEZ, Defendants.

\* \* \* \* \*

## PROTECTIVE ORDER

The United States has moved for entry of a protective order restricting the use and dissemination of certain discovery materials in this case. (Docket No. 21) The motion is unopposed. (*See id.*, PageID # 57) As grounds for the motion, the government explains that the case involves "voluminous documents and records with financial account numbers and personal and business information of persons or entities" and that these documents would therefore "require substantial redactions before they could be made available to defense counsel without a protective order." (*Id.*) In light of this explanation, the Court finds that good cause exists to restrict discovery pursuant to Federal Rule of Criminal Procedure 16(d)(1). Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the Unopposed Motion for Protective Order (D.N. 21) is **GRANTED**. With regard to all documents, records, and information exchanged between the parties for purposes of discovery in this case which contain financial account numbers; social security or taxpayer identification numbers; date of birth; health and medical information of persons or entities; and home addresses, the respective parties shall

(1) Keep all documents and records that disclose such information in a secure place to which no person who does not have reason to know their contents has access; and

(2) Disclose such documents, records, or information only to persons identified below who, by reason of their participation in this proceeding, have reason to know such information:

    (a) All employees of the United States connected with the case, including employees of the Department of Justice and federal law enforcement agencies involved in the case, and any person hired by the United States to provide assistance in the proceeding;

    (b) Employees of the Court; and

    (c) The defendants and employees of the defendants, including the attorneys for the defendants and persons hired by the defendants or their attorneys to assist on this case.

November 16, 2016

**David J. Hale, Judge**
**United States District Court**