## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

**UNITED STATES OF AMERICA**　　　　　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　　　　　　　　　**CRIMINAL ACTION NO. 3:16-CR-98-DJH**

**ANDRES TOMAS ALVAREZ HERNANDEZ**　　　　　　　　　　**DEFENDANT**

### MOTION TO CONTINUE JURY TRIAL

*** *** *** *** *** *** ***

　　Comes the Defendant, **ANDRES TOMAS ALVAREZ HERNANDEZ** (hereinafter "Hernandez"), by counsel, and respectfully moves the Court to continue his jury trial presently set to begin Monday, December 12, 2016 at 9:30 a.m. As grounds for this motion, Hernandez states as follows:

　　Discovery is not complete and is ongoing. Once discovery is complete, pretrial motions may be necessary. Further, once discovery is complete the parties can continue potential plea negotiations toward a resolution of the case.

　　Hernandez's undersigned counsel has discussed the filing of the motion with Assistant United States Attorney, Joshua Judd, and Mr. Judd agrees that a continuance would be beneficial to the Government and to Hernandez.

　　The filing of this motion is not for the purpose of unfair delay or surprise and neither the United States, the public, nor Hernandez will be prejudiced by the Court granting this motion.

　　Any delay caused by the filing of this motion should be excluded under the Speedy Trail Act, 18 U.S.C. §3161 et seq.

Respectfully Submitted,

/s/ Patrick J. Renn
Counsel for Defendant
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
(502) 568-3600 (fax)
prenn@600westmain.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2016, I electronically filed with the Clerk of the Court by using the CM/ECF system, which will serve notice of electronic filing to all attorneys of record.

/s/ Patrick J. Renn
Counsel for Defendant
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
(502) 568-3600
prenn@600westmain.com