**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**v.**                                                              **CRIMINAL ACTION NO. 3:16-CR-98-DJH**

**ANDRES TOMAS ALVAREZ HERNANDEZ**                                           **DEFENDANT**

**ORDER**

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

Upon Motion of the Defendant, **ANDRES TOMAS ALVAREZ HERNANDEZ**, by counsel, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the jury trial in the above-styled case presently set to begin Monday, December 12, 2016 at 9:30 a.m. be, and hereby is, continued to the _____ day of _____, 201___ at _____ a.m./p.m.