**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**UNITED STATES OF AMERICA**                                                                                  **PLAINTIFF**

**v.**                                                    **CRIMINAL ACTION NO. 3:16-CR-98-DJH**

**ANDRES TOMAS ALVAREZ HERNANDEZ**                                                  **DEFENDANT**

**ORDER**

*** *** *** *** ***

Upon Motion of the Defendant, **ANDRES TOMAS ALVAREZ HERNANDEZ**, by counsel, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the jury trial in the above-styled case presently set to begin Monday, March 13, 2017 at 9:30 a.m. be, and hereby is, continued to Monday, May 22, 2017 at 9:30 a.m.