UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                    Plaintiff,

v.                                                              Criminal Action No. 3:16-cr-98-DJH

PABEL ANGUELA-VAZQUEZ and
ANDRES TOMAS ALVAREZ
HERNANDEZ,                                                                                   Defendants.

\* \* \* \* \*

**MEMORANDUM OF CONFERENCE**

A telephonic status conference was held in this matter on April 13, 2017, with the following counsel participating:

    For the United States:        Joshua Judd

    For Defendant Anguela-Vazquez:    William Butler

Counsel for Defendant Alvarez Hernandez was unavailable. Counsel for Defendant Anguela-Vazquez advised the Court that his client wished to set the matter for a change of plea.

April 13, 2017

**David J. Hale, Judge**
**United States District Court**

Court Time: 00/10
Court Reporter: Dena Legg

1