## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**v.**                                                          **CRIMINAL ACTION NO. 3:16-CR-98-DJH**

**ANDRES TOMAS ALVAREZ HERNANDEZ**                                              **DEFENDANT**

## MOTION TO CONTINUE JURY TRIAL

*** *** *** *** *** *** ***

Comes the Defendant, **ANDRES TOMAS ALVAREZ HERNANDEZ** (hereinafter "Hernandez"), by counsel, and respectfully moves the Court to continue his jury trial presently set to begin Monday, May 22, 2017 at 9:30 a.m. As grounds for this motion, Hernandez states as follows:

After review of the discovery provided, defense counsel believes it may necessary to file pretrial motions.

Hernandez's undersigned counsel has discussed the filing of the motion with Assistant United States Attorney, Joshua Judd, and Mr. Judd has no objection to the Court granting the continuance.

The filing of this motion is not for the purpose of unfair delay or surprise and neither the United States, the public, nor Hernandez will be prejudiced by the Court granting this motion.

Any delay caused by the filing of this motion should be excluded under the Speedy Trail Act, 18 U.S.C. §3161 et seq.

Respectfully Submitted,


/s/ Patrick J. Renn
Counsel for Defendant
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
(502) 568-3600 (fax)
prenn@600westmain.com


**CERTIFICATE OF SERVICE**

    I hereby certify that on April 20, 2017, I electronically filed with the Clerk of the Court by using the CM/ECF system, which will serve notice of electronic filing to all attorneys of record.


/s/ Patrick J. Renn
Counsel for Defendant
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
(502) 568-3600
prenn@600westmain.com