UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                 Plaintiff,

v.                                                              Criminal Action No. 3:16-cr-98-DJH

ANDRES TOMAS ALVAREZ
HERNANDEZ,                                                                               Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE

A telephonic status conference was held in this matter on April 20, 2017, with the following counsel participating:

    For the United States:    Joshua Judd

    For Defendant:    Patrick Renn

The Court and counsel discussed the procedural posture of the case. Defense counsel indicated that he would file a motion to continue the trial. The United States had no objection to the proposed continuance.

April 20, 2017

                                            **David J. Hale, Judge**
                                          **United States District Court**

Court Time: 00/10
Court Reporter: Dena Legg

1