# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

**UNITED STATES OF AMERICA**                                  **PLAINTIFF**

**v.**                                **CRIMINAL ACTION NO. 3:16-CR-98-DJH**

**ANDRES TOMAS ALVAREZ HERNANDEZ**                    **DEFENDANT**

## ORDER

*** *** *** *** ***

Upon Motion of the Defendant, **ANDRES TOMAS ALVAREZ HERNANDEZ**, by counsel, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that each count of the Indictment alleging aggravated identity theft against the Defendant (counts seven through fourteen; counts twenty-two through twenty-seven; and counts twenty-eight through thirty-four) be, and hereby is, **DISMISSED**.