```
                UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF KENTUCKY
                        AT LOUISVILLE
```

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                              CRIMINAL ACTION NO. 3:16-CR-98-DJH

ANDRES TOMAS ALVAREZ HERNANDEZ                              DEFENDANT

### ORDER
*- Electronically Filed -*

Upon Motion of the Defendant to Dismiss Aggravated Identity Counts of the Indictment (DN 44), the United States having responded in objection thereto, and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the Defendant's Motion to Dismiss Aggravated Identity Counts of the Indictment is **DENIED.**