UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v. Criminal Action No. 3:16-cr-98-DJH

PABEL ANGUELA-VAZQUEZ and
ANDRES TOMAS ALVAREZ
HERNANDEZ, Defendants.

\* \* \* \* \*

**ORDER**

Defendants Pabel Anguela-Vazquez and Andres Tomas Alvarez Hernandez are charged with wire fraud and aggravated identity theft.  (Docket No. 1)  The case is currently set for trial on July 17, 2017.  (D.N. 39)  Hernandez has moved to dismiss Counts 7-14, 22-27, and 28-34 of the Indictment, which allege aggravated identity theft.  (D.N. 44)  Anguela-Vazquez joins in Hernandez's motion, seeking dismissal of the identity-theft charges against him.  (*See* D.N. 45; D.N. 47)  The United States opposes the motion to dismiss.  (D.N. 46)  Pursuant to Federal Rule of Criminal Procedure 12(c), it is hereby

**ORDERED** that this matter is set for hearing on the motion to dismiss (D.N. 44) on **July 5, 2017, at 9:00 a.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

June 8, 2017

**David J. Hale, Judge
United States District Court**

1