**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **VS.** | **CRIMINAL ACTION NO. 3:16CR-98-DJH** |
| **PABEL ANGUELA-VASQUEZ** | |
| **ANDRES TOMAS ALVAREZ HERNANDEZ** | **DEFENDANTS** |

**O R D E R**

    This matter came before the Court on June 29, 2017 for arraignment on the Superseding Indictment. The United States was represented by Joshua D. Judd, Assistant United States Attorney. Defendant Pabel Anguela-Vasquez appeared, on bond, with William M. Butler, Jr., retained counsel. Defendant Andres Tomas Alvarez Hernandez appeared, on bond, with Patrick J. Renn, retained counsel. The proceedings were digitally recorded and interpreted by Jouhanna Vasquez, Spanish Interpreter.

    The defendants were furnished with a copy of the Superseding Indictment. The defendants, through counsel, acknowledged their identity, waived formal reading of the Superseding Indictment, and entered pleas of **NOT GUILTY** to the charges contained therein.

    This matter remains on the Court's docket as scheduled for a jury trial on **July 17, 2017 at 9:30 a.m.** before the Honorable David J. Hale, United States District Judge.

    **IT IS HEREBY ORDERED** that the defendants shall remain under the terms and conditions of their bond pending further order of the Court.

| | |
|---|---|
| Date: June 29, 2017 | **ENTERED BY ORDER OF THE COURT**<br>**DAVE WHALIN**<br>**UNITED STATES MAGISTRATE JUDGE**<br>**VANESSA L. ARMSTRONG, CLERK**<br>By:  */s/ Ashley Henry* **- Deputy Clerk** |

Copies to:
United States Attorney
United States Probation
Counsel for Defendant

| 10 |