UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                 Plaintiff,

v.                                                                  Criminal Action No. 3:16-cr-98-DJH

PABEL ANGUELA-VAZQUEZ and
ANDRES TOMAS ALVAREZ
HERNANDEZ,                                                                               Defendants.

* * * * *

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on July 5, 2017, with the following counsel participating:

| | |
|---|---|
| For the United States: | Stephanie Zimdahl |
| For Defendants: | William Butler |
| | Patrick Renn |

Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)  The motion hearing set for July 6, 2017, is **REMANDED** from the Court's docket, to be reset by subsequent order if necessary.

(2)  This matter is set for a status conference on **July 17, 2017, at 10:00 a.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

(3)  The trial of this matter, currently set for July 17, 2017, is **REMANDED** from the Court's docket, to be reset following the status conference on that date.

July 5, 2017

**David J. Hale, Judge
United States District Court**

Court Time: 00/10
Court Reporter: Dena Legg

cc:   Jury Administrator

1