

**FILED**
VANESSA L. ARMSTRONG, CLERK

AUG 0 8 2017

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                           Plaintiff,

v.                                                      Civil Action No. 3:16-cr-098-DJH

ANDRES TOMAS ALVAREZ                                                Defendant.
HERNANDEZ,

\* \* \* \* \*

### OATH FOR INTERPRETER

**I SOLEMNLY SWEAR** that I will justly, truly, fairly and impartially act as an interpreter in the case now before the Court. So help me God.

Roberto Hernandez
PRINT NAME

_(signature)_
SIGN NAME

Spanish
LANGUAGE

**SUBSCRIBED AND SWORN TO** before me this 8th day of August, 2017, at Louisville, Kentucky.

Natalie Thompson
DEPUTY CLERK

1