UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Plaintiff, |
| v. | Criminal Action No. 3:16-cr-98-DJH |
| PABEL ANGUELA-VAZQUEZ and ANDRES TOMAS ALVAREZ HERNANDEZ, | Defendants. |

\* \* \* \* \*

## MEMORANDUM OF HEARING AND ORDER

A sentencing hearing was held in this matter on November 6, 2017, with the following counsel participating:

    For the United States:    Joshua Judd

    For Defendant:    Patrick Renn
                            William M. Butler, Jr.

The Court heard witness testimony and victim statements. Witness testimony was not completed. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the sentencing hearing is **CONTINUED** to **November 9, 2017, at 4:00 p.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

November 6, 2017

                                            **David J. Hale, Judge**
                                            **United States District Court**

Court Time: 02/00 (c)
Court Reporter: Dena Legg