

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                          Plaintiff,

v.                                                                 Civil Action No. 3:16-cr-098-DJH

PABEL ANGUELA-VAZQUEZ and                                          Defendants.
ANDRES TOMAS ALVAREZ
HERNANDEZ,

\* \* \* \* \*

## OATH FOR INTERPRETER

**I SOLEMNLY SWEAR** that I will justly, truly, fairly and impartially act as an interpreter in the case now before the Court. So help me God.

Joshua Elliott
PRINT NAME

*[signature]*
SIGN NAME

Spanish
LANGUAGE

**SUBSCRIBED AND SWORN TO** before me this 6th day of November, 2017, at Louisville, Kentucky.

*[signature]*
DEPUTY CLERK

1