UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                    Plaintiff,

v.                                            Criminal Action No. 3:16-cr-98-DJH

PABEL ANGUELA-VAZQUEZ and
ANDRES TOMAS ALVAREZ
HERNANDEZ,                                                   Defendants.

* * * * *

**MEMORANDUM OF HEARING AND ORDER**

A sentencing hearing was held in this matter on November 9, 2017, with the following

counsel participating:

| | |
|---|---|
| For the United States: | Joshua Judd |
| For Defendant: | Patrick Renn |
| | William M. Butler, Jr. |

The Court heard additional witness testimony.  The sentencing hearing was not completed.

Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)     The sentencing hearing is **CONTINUED** to **November 20, 2017, at 10:30 a.m.**

at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

(2)     The parties may file supplemental sentencing memoranda, not to exceed **five (5)**

**pages**, on or before the close of business on **November 17, 2017**.

November 9, 2017

**David J. Hale, Judge**
**United States District Court**

Court Time: 01/15(c)
Court Reporter: April Dowell

1