UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:16-cr-98-DJH

PABEL ANGUELA-VAZQUEZ and
ANDRES TOMAS ALVAREZ
HERNANDEZ,     Defendants.

\* \* \* \* \*

## MEMORANDUM OF HEARING AND ORDER

A sentencing hearing was held in this matter on December 1, 2017, with the following counsel participating:

    For the United States:     Joshua Judd

    For Defendant:     Patrick Renn
                             William M. Butler, Jr.

The Court heard argument on outstanding sentencing issues. The hearing was not completed. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the sentencing hearing is **CONTINUED** to **December 6, 2017, at 2:00 p.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

December 1, 2017

**David J. Hale, Judge
United States District Court**

Court Time: 01/20
Court Reporter: Dena Legg