

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v. Civil Action No. 3:16-cr-098-DJH

PABEL ANGUELA-VAZQUEZ, et al, Defendant.

\* \* \* \* \*

## OATH FOR INTERPRETER

**I SOLEMNLY SWEAR** that I will justly, truly, fairly and impartially act as an interpreter in the case now before the Court. So help me God.

Joshua Elliott
PRINT NAME

_[signature]_
SIGN NAME

Spanish
LANGUAGE

**SUBSCRIBED AND SWORN TO** before me this 6th day of December, 2017, at Louisville, Kentucky.

_[signature: N. Thompson]_
DEPUTY CLERK

1