

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

DEC 0 1 2017

VANESSA L. ARMSTRONG
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA,                                            Plaintiff,

v.                                                  Civil Action No. 3:16-cr-098-DJH

PABEL ANGUELA-VAZQUEZ, et al,                                        Defendants.

* * * * *

## OATH FOR INTERPRETER

**I SOLEMNLY SWEAR** that I will justly, truly, fairly and impartially act as an interpreter in the case now before the Court. So help me God.

Elizabeth Sanchez
PRINT NAME

*Elizabeth Sanchez*
SIGN NAME

Spanish
LANGUAGE

**SUBSCRIBED AND SWORN TO** before me this 1st day of December, 2017, at Louisville, Kentucky.

*N. Thompson*
DEPUTY CLERK