UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

COURT NO. 3:16-CR-98-DJH

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.

PABEL ANGUELA-VAZQUEZ
ANDRES TOMAS ALVAREZ HERNANDEZ                              DEFENDANTS

## ORDER OF RESTITUTION

Defendants, Pabel Anguela-Vazquez and Andres Tomas Alvarez Hernandez, pleaded guilty, the parties having agreed on restitution and this Court being sufficiently advised;

**IT IS HEREBY ORDERED** as follows:

1. The Defendant is sentenced and ordered to *jointly and severally* pay restitution in the amount of **$1,335.97**. Each defendant is also required to pay a Special Penalty Assessment in the amount of $300 ($300 per defendant) for a total of $600.

2. Restitution is due in the shortest time period possible, and not withstanding any other provision of this Restitution Order, the United States may enforce restitution at any time.

3. If incarcerated, and the Defendants participate in the Bureau of Prisons' Inmate Financial Responsibility Program, payments shall be made in

accordance with the terms of the program.  If restitution is not paid in full and if the Defendant is not incarcerated or following any term of incarceration, Defendant shall make restitution payments of not less than the amount of the Defendant's "non-exempt disposable earnings," as that term is defined in 28 U.S.C. § 3002(9).  Defendant will be added to the Treasury Offset Program.

4. Interest **shall not accrue** as provided in 18 U.S.C. § 3612(f) and is hereby waived.

5. The victim's name, address, and total loss is as follows:

| VICTIM | ADDRESS | AMOUNT OF LOSS |
|---|---|---|
| First Light Federal Credit Union | To Be Provided by USAO | $204.92 |
| L&N Federal Credit Union | To Be Provided by USAO | $206.95 |
| Chase Bank USA, N.A. | To Be Provided by USAO | $260.45 |
| PNC Bank, N.A. | To Be Provided by USAO | $249.75 |
| Fifth Third Bank | To Be Provided by USAO | $206.95 |
| Discover Bank | To Be Provided by USAO | $206.95 |
| **Total Amount** |  | **$1,335.97** |

6. The amount of restitution paid to any victim shall not exceed the victim's total loss from the offense of conviction.

7. All payments must be made to the United States District Court Clerk, Gene Snyder Courthouse, 601 West Broadway, First Floor, Louisville, KY 40202.

8. As long as the Defendants owe restitution, the Defendants shall notify, within 30 days, the Clerk of the Court and the United States Attorney's

Office, Financial Litigation Unit, 717 W. Broadway, Louisville, KY, 40202, of: (a) any change of name, residence, or mailing address; and/or (b) any material change in economic circumstances.

      9. This Restitution Order is pursuant to 18 U.S.C. § 3664 and shall be incorporated into the Judgment and Conviction as if set out verbatim therein.

December 13, 2017

**David J. Hale, Judge**
**United States District Court**

cc:

Willim Butler Jr.
Patrick Renn
Defense Counsel

Joshua D. Judd
Assistant U.S. Attorney

United States Probation
Louisville, Kentucky

Financial Clerk
United States District Court Clerk