UNITED STATES DISTRICT COURT
Western District of Kentucky
**EXHIBIT INVENTORY**

FILED
WESTERN DISTRICT OF KY
18 JAN 30 AM 11: 23

CASE NUMBER: **3:16-CR-00098-DJH**
STYLE OF CASE: **USA v. Anguela-Vazquez and Hernandez**

Received from: D. Legg    Received by: John Sparling    Date: 1-30-2018

PROCEEDINGS: **Sentencing (11/06/17, 11/09/17, 12/01/17, and 12/06/17)**

**Government:**
1 – DVD
2 – photo
3 – photo
4 – vehicle registration
5 – DVD
6 – photo
7 – photo
8 – DVD
9 – photo
10 – photo
11 – photo
12 – photo
13 – DVD
14 – DVD
15 – DVD
16 – DVD
17 – DVD
18 – DVD
19 – photo
20 – photo
21 – photo

**Government (continued):**
22 – Kroger receipt
23 – DVD
24 – photo
25 – photo
26 – Meijer receipt
27 – photo
28 – summary chart
29 – summary chart

DISPOSITION OF EXHIBITS:
ITEMS: _____
RECEIVED BY: _____  DATE: _____
RETURNED BY: _____  DATE: _____
ITEMS: _____
RECEIVED BY: _____  DATE: _____
RETURNED BY: _____  DATE: _____

OTHER DISPOSITON: _____
DATE: _____   RETURNED BY: _____   Deputy Clerk