USDC KYWD 245B (Rev. 02/16) Judgment in a Criminal Case Sheet 2 - Imprisonment

Judgment-Page 3 of 9

DEFENDANT: Hernandez, Andres Tomas Alvarez
CASE NUMBER: 3:16-CR-98-2-DJH

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total **term of 15 months** as to each of Counts 1 and 8 of the Superseding Indictment, to be served concurrently with each other, 24 months as to Count 33 of the Superseding Indictment, which shall be served consecutively to Counts 1 and 8, for a total of 39 months imprisonment.

☒ The Court recommends to the Bureau of Prisons that the defendant be housed as close to Louisville, Kentucky, as possible.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ A.M. / P.M. on _____

  ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ Before 2:00 p.m. on _____

  ☐ as notified by the United States Marshal.

  ☒ as notified by the Probation or Pretrial Services Office.

☒ The defendant shall continue under the terms and conditions of his/her present bond pending surrender to the institution.

## RETURN

I have executed this judgment as follows:

Defendant delivered on 1-23-2018 To MVCC, Philipsburg, PA

at _____, with a certified copy of this judgment.

Sm Kuta
~~UNITED STATES MARSHAL~~ Warden

By MLukens
~~Deputy U.S. Marshal~~ Records